**Dismissed and Opinion Filed August 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00500-CV**

**ANGELOS KOLOBOTOS, D/B/A STAMATINA HOLDINGS, LLC, D/B/A NEW LIFE APTS. AND THE PROPERTY LOCATED AT 1735 PUEBLO,** Appellants

**V.**

**NEIGHBORS OF HOMESTEAD NEIGHBORHOOD ASSOCIATION, MELESSE AREDA, ABONESH EJABO, AND THE HOUSE OF PRAYER CHURCHES FOR EVERYONE,** Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17785**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Nowell

We reinstate this appeal. In July 2020, we abated this case due to the suggestion of bankruptcy filed by Stamatina Holdings, LLC. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on May 5, 2021, effectively dissolving the automatic stay. We then notified the parties by letter dated May 7, 2021, requesting they inform the Court of the status of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c). To date, no party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b), (c); *Gibbs v. Bank One, Tex.*, 2021 WL 1747855, at *1 (Tex. App.—Dallas May 4, 2021, no pet.) (mem. op.).

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE

200500f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANGELOS KOLOBOTOS, STAMATINA HOLDINGS, LLC, D/B/A NEW LIFE APTS AND THE PROPERTY LOCATED AT 1735 PUEBLO, Appellants

No. 05-20-00500-CV      V.

NEIGHBORS OF HOMESTEAD NEIGHBORHOOD ASSOCIATION, MELESSE AREDA, ABONESH EJABO, AND THE HOUSE OF PRAYER CHURCHES FOR EVERYONE, Appellees

On Appeal from the 134th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-18-17785. Opinion delivered by Justice Nowell. Justices Osborne and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 4th day of August, 2021.